UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

_____

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal No. 15-165 (14) (JRT/LIB) |
| Plaintiff, | |
| v. | **ORDER ADOPTING REPORT AND RECOMMENDATION** |
| MICHAEL LENIOR DUKES, | |
| Defendant. | |

_____

Deidre Aanstad and Melinda Williams, Assistant United States Attorneys, **OFFICE OF THE UNITED STATES ATTORNEY,** 300 South Fourth Street, Suite 600, Minneapolis, MN 55415, for the plaintiff.

Eric Hawkins, **HAWKINS LAW OFFICEW, PA,** 3033 Excelsior Boulevard, Suite 550, Minneapolis, MN 55416, for defendant.

Based upon the Report and Recommendation of United States Magistrate Judge Leo I. Brisbois, and after an independent review of the files, records and proceedings in the above-entitled matter, **IT IS HEREBY ORDERED THAT**:

Defendant's Motion for Disclosure of Electronic Surveillance Evidence Wiretapping Evidence [Docket No. 613] to the extent it seeks to suppress the admission of such evidence, is DENIED.

Dated:  March 1, 2016              s/John R. Tunheim
at Minneapolis, Minnesota          JOHN R. TUNHEIM
                                   Chief Judge
                                   United States District Court