# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

___

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL LENIOR DUKES,<br><br>Defendant. | Criminal No. 15-165 (14) (JRT/LIB)<br><br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION** |

___

Deidre Aanstad and Melinda Williams, Assistant United States Attorneys, **OFFICE OF THE UNITED STATES ATTORNEY,** 300 South Fourth Street, Suite 600, Minneapolis, MN 55415, for the plaintiff.

Eric Hawkins, **HAWKINS LAW OFFICEW, PA,** 3033 Excelsior Boulevard, Suite 550, Minneapolis, MN 55416, for defendant.

Based upon the Report and Recommendation of United States Magistrate Judge Leo I. Brisbois, and after an independent review of the files, records and proceedings in the above-entitled matter, **IT IS HEREBY ORDERED THAT**:

Defendant's Motion for Disclosure of Electronic Surveillance Evidence Wiretapping Evidence [Docket No. 613] to the extent it seeks to suppress the admission of such evidence, is DENIED.

Dated:  March 1, 2016  
at Minneapolis, Minnesota

s/John R. Tunheim  
JOHN R. TUNHEIM  
Chief Judge  
United States District Court